

2006 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

9-22-2006

# Jones v. Brown

Precedential or Non-Precedential: Precedential

Docket No. 03-3823

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2006

Recommended Citation

"Jones v. Brown" (2006). *2006 Decisions.* Paper 390.
http://digitalcommons.law.villanova.edu/thirdcircuit_2006/390

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2006 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

IN THE UNITED STATES COURT
OF APPEALS FOR THE THIRD CIRCUIT

—————

NO. 03-3823

—————

RONALD C. JONES,
                    Appellant
v.

M. BROWN, Internal Affairs Ofc.; S. SOOTKOOS, Associate Warden;
ROY L. HENDRICKS, Warden

—————

On Appeal From the United States
District Court
For the District of New Jersey
(D.C. Civil Action No. 02-cv-03045)
District Judge:  Hon. Garrett E. Brown, Jr.

—————

NOS. 04-4426 and 04-4493

—————

JAMAAL W. ALLAH; KEVIN JACKSON;
LENNIE KIRKLAND

v.

*RICHARD J. CODEY, Acting Governor, N.J.(Official Capacity);
JAMES MCGREEVEY(Personal/Individual Capacity);
DEVON BROWN,Commissioner, Dept. of Corr., N.J. (Official/Personal/ & Individual
Capacity); TERRANCE MOORE, Administrator, East Jersey State Prison,
Rahway, N.J.(Official/Personal & Individual Capacity);
JOHN/JANE DOES (Official/Personal &Individual Capacity);
ROY L. HENDRICKS; ROBERT SHABBICK;
WAYNE SANDERSON

Devon Brown, Terrance Moore, Roy L. Hendricks,
Robert Shabbick, Wayne Sanderson
Appellants in No. 04-4426

Jamaal W. Allah; Kevin Jackson; Lennie Kirklan,
Appellants in No. 04-4493

———————

On Appeal From the United States
District Court  For the District of New Jersey
(D.C. Civil Action No. 02-cv-05298)
District Judge:  Hon. William H. Walls

———————

Argued April 25, 2006

BEFORE:  FUENTES, STAPLETON and
ALARCON, Circuit Judges[*]

(Opinion Filed August 24, 2006)

———————

Ronald C. Jones (Argued)
Northern State Prison
168 Frontage Road
P.O. Box 2300
Newark, NJ  07114-2300
 Appellant Pro Se in No. 03-3823

Peter C. Harvey
Patrick DeAlmeida
Christopher C. Josephson (Argued)
Office of New Jersey Attorney General

———————

[*]Hon. Arthur L. Alarcon, Senior United States Circuit Judge for the Ninth Circuit, sitting by designation.

P.O. Box 112
Richard J. Hughes Justice Complex
Trenton, NJ  08625
  Attorneys for Appellants in No. 04-4426 and Appellees in Nos. 03-3823 and 04-4493

Shavar D. Jeffries (Argued)
Seton Hall Law School
833 McCarter Highway
Newark, NJ  07102
  Attorney for Appellants in No. 04-4493 and Appellees in No. 04-4426

Gerald J. Pappert
Calvin R. Koons
John O.J. Shellenberger
John G. Knorr, III
Office of Attorney General of Pennsylvania
15th Floor - Strawberry Square
Harrisburg, PA  17120
  Attorneys for Amicus Curiae
  Commonwealth of Pennsylvania
  Amicus Appellant in No. 04-4426 and Amicus Appellee in Nos. 03-3823 and 04-4493

Aaron Christopher Wheeler
James S. Pavlichko
Derrick Dale Fontroy
Theodore B. Savage
Graterford SCI
P.O. Box 244
Graterford, PA  19426
  Pro Se Amici Appellees in Nos. 03-3823 and 04-4426

Edward L. Barocas
American Civil Liberties Union of New Jersey Foundation
P.O. Box 750
Newark, NJ  07101
  Attorney for ACLU NJ and Association of Criminal Defense Lawyers
  Amici Appellants in No. 04-4426 and Amici Appellees in Nos. 03-3823 and 04-4493

## ORDER AMENDING PUBLISHED OPINION


STAPLETON, *Circuit Judge*:


     IT IS ORDERED that the attorney listing for appellants in No. 04-4493 and appellees in No. 04-4426 in the caption of the published Opinion in the above matters filed August 24, 2006, be amended as follows:

Shavar D. Jeffries (Argued)
Risa M. David
Kelly A. Day
Seton Hall Law School
833 McCarter Highway
Newark, NJ  07102
 and
Lawrence S. Lustberg
Gibbons, Del Deo, Dolan, Griffinger & Vecchione
One Riverfront Plaza
Newark, NJ  07102
 Attorneys for Appellants in No. 04-4493 and Appellees in
 No. 04-4426.

               By the Court,


                /s/   Walter K. Stapleton
               United States Circuit Judge


DATED:  September 22, 2006